LOUIS NIMER, Respondent, v. STUYVESANT TOWN CORP., Appellants, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is

against the weight of the credible evidence. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.